RJN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JOSEPH IDA,
    also known as "Joe Cakes,"
    and "Cakes,"

        Defendant.

- - - - - - - - - - - - - - -X

UNSEALING ORDER

12 M 060

        Upon the application of LORETTA E. LYNCH, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Rachel J. Nash, for an order unsealing the Affidavit in Support of Application for Arrest Warrant in the above-captioned matter,

        WHEREFORE, it is ordered that the Affidavit in Support of Application for Arrest Warrant in the above-captioned matter be unsealed.

Dated:    Brooklyn, New York
           February 27, 2012

                          THE HONORABLE CHERYL L. POLLAK
                          UNITED STATES MAGISTRATE JUDGE
                          EASTERN DISTRICT OF NEW YORK